IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-03055-NYW-KLM

JOHN MEGGS,

    Plaintiff,

v.

DEMIS INVESTORS LLLP D/B/A
FLORIDA SHOPPES and THE
SOJOURNERS COFFEE & TEA LLC
D/B/A SOJOURNERS COFFEE & TEA,

    Defendants.

---

PLAINTIFFS NOTICE OF SETTLEMENT

---

Plaintiff, JOHN MEGGS, hereby advise the Court that they have reached an agreement in principle to settle the instant case with Defendant, THE SOJOURNERS COFFEE & TEA LLC D/B/A SOJOURNERS COFFEE & TEA., via the principal for the Defendant. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines as to Defendants.

Respectfully submitted this February 17, 2023.


/s/ *Anthony J. Perez*
ANTHONY J. PEREZ

**GARCIA-MENOCAL & PEREZ, P.L.**
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553- 3464
Primary Email:  ajperez@lawgmp.com;
Secondary E-Mail: bvirues@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 17, 2023.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        1600 Broadway
        Denver, Colorado 80202
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail:
        bvirues@lawgmp.com;
        dramos@lawgmp.com

        By:  */s/ Anthony J. Perez*
             ANTHONY J. PEREZ