# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-03055-NYW-KLM

JOHN MEGGS,

    Plaintiff,

v.

DEMIS INVESTORS LLLP D/B/A
FLORIDA SHOPPES and THE
SOJOURNERS COFFEE & TEA LLC
D/B/A SOJOURNERS COFFEE & TEA,

    Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

    Pursuant to Fed. Civ. P. 41(a)(1), Plaintiffs, JOHN MEGGS, by and through his undersigned counsel, hereby dismiss Defendant, THE SOJOURNERS COFFEE & TEA LLC D/B/A SOJOURNERS COFFEE & TEA, with Prejudice.

    Dated this April 10, 2023.

    Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dramos@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 10, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dramos@lawgmp.com

By*: /s/ Anthony J. Perez*
     ANTHONY J. PEREZ
